# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| GARY ELSON JAMES | |
| Plaintiff | |
| vs. | Civil 97-1759 (PG) |
| ROYAL CARIBBEAN CRUISES, LTD., et al | |
| Defendants | |

*[RECEIVED & FILED 99 SEP 10 AM 8:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

## ORDER TO SHOW CAUSE

It appears from the docket of this case that no action has been taken since April 24, 1998. Plaintiff's attorney, Harry Ezratty, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 9th day of September, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

