UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| GARY ELSON JAMES,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>ROYAL CARIBBEAN CRUISES, LTD.<br>RCCL, ET AL.,<br><br>　　　　Defendants | Civ. No. 97-1759(PG) |

## O R D E R

Plaintiff has advised the Court that the parties have reached a settlement agreement and that he wishes to voluntarily dismiss this case since the action is no longer active.

Plaintiff's request is **GRANTED** and the case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September _17_, 1999.

　　　　　　　　　　　　　　　　　　JUAN M. PEREZ-GIMENEZ
　　　　　　　　　　　　　　　　　　U.S. District Judge

AO 72A
(Rev.8/82)