UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

GARY ELSON JAMES,

    Plaintiff

v.                                    Civ. No. 97-1759 (PG)

ROYAL CARIBBEAN CRUISES, LTD.
RCCL, ET AL.,

    Defendants

## JUDGMENT

The Court having granted plaintiff's motion requesting voluntary dismissal, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED**.

San Juan, Puerto Rico, September _17_, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)