UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GARY ELSON JAMES,

    Plaintiff(s)

    v.                            Civ. No. 97-1759(PG)

ROYAL CARIBBEAN CRUISES, LTD.,
ET AL.,

    Defendant(s)

*RECEIVED & FILED 99 OCT -6 AM 11:23 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket #19 - Request That Dismissal be With Prejudice | *Granted* |

Date: October 5, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge